# REMOVAL TO FEDERAL COURT

## STATE COURT RECORD

STATE OF INDIANA

BARTHOLOMEW COUNTY CIRCUIT COURT

03C01-2205-CT-002290

STEVEN LOWRY
v.

WALMART STORES, EAST, LP

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## Steven Lowry v. Wal-Mart Stores East, LP

| Case Number | 03C01-2205-CT-002290 |
| --- | --- |
| Court | Bartholomew Circuit Court |
| Type | CT - Civil Tort |
| Filed | 05/06/2022 |
| Status | 05/06/2022 , Pending  (active) |

## Parties to the Case

**Defendant**   Wal-Mart Stores East, LP

> <u>Attorney</u>
> Lesley Ann Pfleging
> *#2685749, Lead, Retained*
>
> LEWIS & WAGNER LLP
> 1411 ROOSEVELT AVE STE 102
> INDIANAPOLIS, IN 46201
> 317-237-0500(W)
>
> <u>Attorney</u>
> Asia Larvone Ellis
> *#3682049, Retained*
>
> 1411 Roosevelt Avenue
> Suite 102
> Indianapolis, IN 46201
> 317-237-0500(W)

**Plaintiff**    Lowry, Steven

> <u>Attorney</u>
> Brandon W. Smith
> *#2816522, Retained*
>
> Morgan & Morgan
> 426 Bank Street, Suite 300
> New Albany, IN 47150
> 812-670-3313(W)

## Chronological Case Summary

| 05/06/2022 | **Case Opened as a New Filing** | |
| --- | --- | --- |

| 05/06/2022 | **Appearance Filed** | |
| --- | --- | --- |
| | Appearance for Plaintiff | |
| | For Party: | Lowry, Steven |
| | File Stamp: | 05/06/2022 |

| 05/06/2022 | **Complaint/Equivalent Pleading Filed** | |
|---|---|---|
| | Complaint | |
| | Filed By: | Lowry, Steven |
| | File Stamp: | 05/06/2022 |

| 05/06/2022 | **Subpoena/Summons Issued** | |
|---|---|---|
| | Summons to Defendant | |
| | Party: | Lowry, Steven |
| | File Stamp: | 05/06/2022 |

| 05/17/2022 | **Service Returned Served (E-Filing)** | |
|---|---|---|
| | Proof of Service | |
| | Filed By: | Lowry, Steven |
| | File Stamp: | 05/17/2022 |

| 05/24/2022 | **Appearance Filed** | |
|---|---|---|
| | Appearance of Lesley A. Pfleging and Asia L. Ellis | |
| | For Party: | Wal-Mart Stores East, LP |
| | File Stamp: | 05/24/2022 |

| 05/24/2022 | **Jury Trial Demand Filed** | |
|---|---|---|
| | Jury Demand | |
| | Filed By: | Wal-Mart Stores East, LP |
| | File Stamp: | 05/24/2022 |

| 05/24/2022 | **Motion for Enlargement of Time Filed** | |
|---|---|---|
| | Motion for Enlargement of Time to File Responsive Pleading | |
| | Filed By: | Wal-Mart Stores East, LP |
| | File Stamp: | 05/24/2022 |

| 05/24/2022 | **Order Granting Motion for Enlargement of Time** | |
|---|---|---|
| | Judicial Officer: | Benjamin, Kelly S |
| | Order Signed: | 05/24/2022 |

| 05/25/2022 | **Automated ENotice Issued to Parties** | |
|---|---|---|
| | Order Granting Motion for Enlargement of Time ---- 5/24/2022 : Asia Larvone Ellis;Brandon W. Smith;Lesley Ann Pfleging | |

## Financial Information

\* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

**Lowry, Steven**

Plaintiff

**Balance Due** (as of 05/31/2022)

**0.00**

### Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

Transaction Summary

| Date | Description | Amount |
|------|-------------|--------|
| 05/06/2022 | Transaction Assessment | 157.00 |
| 05/06/2022 | Electronic Payment | (157.00) |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

STATE OF INDIANA ) BARTHOLOMEW  CIRCUIT/SUPERIOR COURT
) SS:      03C01-2205-CT-002290
COUNTY OF BARTHOLOMEW ) CAUSE NO.

STEVEN LOWRY )
)
Plaintiff )
)
v. )
)
WAL-MART STORES EAST LP )
)
Defendant )

## APPEARANCE BY ATTORNEY IN CIVIL CASE

**This Appearance Form must be filed on behalf of every party in a civil case.**

1. The party on whose behalf this form is being filed is:
   Initiating <u>X</u>      Responding _____      Intervening _____; and

   the undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

   Name of party <u>Steven Lowry, Plaintiff</u>

   Address of party *(see Question # 6 below if this case involves a protection from abuse order, a workplace violence restraining order, or a no-contact order)*

   _____

   _____

   Telephone # of party _____

   FAX: _____

   Email Address:_____

   *(List on a continuation page additional parties this attorney represents in this case.)*

2. Attorney information for service as required by Trial Rule 5(B)(2)

   Name: <u>Brandon W. Smith </u> Atty Number: <u>#28165-22</u>

   Address: <u>Morgan & Morgan, 426 Bank Street, Suite 300, New Albany, IN 47150</u>

Phone: (812) 670-3313

FAX: (812) 850-6875

Email Address: brandonsmith@forthepeople.com

*(List on continuation page additional attorneys appearing for above party)*

3.   This is a CT case type as defined in administrative Rule 8(B)(3).

4.   I will accept service from other parties by:

FAX at the above noted number:  Yes _____ No X

Email at the above noted number:  Yes _____ No X

*5.*  This case involves child support issues. Yes _____ No X  *(If yes, supply social security numbers for all family members on a separately attached document filed as confidential information on **light green paper**.  Use Form TCM-TR3.1-4.)*

6.   This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order.  Yes _____ No X *(If Yes, the initiating party must provide an address for the purpose of legal service but that address should not be one that exposes the whereabouts of a petitioner.)*  The party shall use the following address for purposes of legal service:

_____        Attorney's address

_____        The Attorney General Confidentiality program address

address is

(contact the Attorney General at 1-800-321-1907 or e-mail

**confidential@atg.in.gov)**.

_____        Another address (provide)

_____

7.   This case involves a petition for involuntary commitment.  Yes _____ No X

8.   If Yes above, provide the following regarding the individual subject to the petition for involuntary commitment:

a.  Name of the individual subject to the petition for involuntary commitment if it is not already provided in #1 above:

_____

b.  State of Residence of person subject to petition: _____

c.  At least one of the following pieces of identifying information:

(i)   Date of Birth _____

(ii)  Driver's License Number _____

     State where issued _____ Expiration date _____

(iii) State ID number _____

     State where issued _____ Expiration date _____

(iv)  FBI number _____

(v)   Indiana Department of Corrections Number _____

(vi)  Social Security Number is available and is being provided in an attached confidential document Yes _____ No _____

9.  There are related cases: Yes _____ No X *(If yes, list on continuation page.)*

10. Additional information required by local rule:

_____

11. There are other party members: Yes _____ No X *(If yes, list on continuation page.)*

12. This form has been served on all other parties and Certificate of Service is attached:
    Yes___ No X

Respectfully submitted,

*s/ Brandon W. Smith*
Brandon W. Smith   #28165-22
Morgan & Morgan
426 Bank Street, Suite 300
New Albany, IN 47150
(812) 670-3313 (t)
(812) 850-6875 (f)
brandonsmith@forthepeople.com
*Counsel for Plaintiff*

| STATE OF INDIANA | ) | BARTHOLOMEW CIRCUIT/ SUPERIOR |
|---|---|---|
| | ) SS: | 03C01-2205-CT-002290 |
| COUNTY OF BARTHOLOMEW | ) | CAUSE NO. |

| | |
|---|---|
| STEVEN LOWRY | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| WAL-MART STORES EAST, LP | ) |
| | ) |
| | ) |
| Defendant | ) |

### COMPLAINT AND JURY DEMAND

Plaintiff, Steven Lowry, by counsel, states as follows for his Complaint:

1.      At all relevant times, Plaintiff Steven Lowry permanently resided and was domiciled in Brown County, Indiana.

2.      At all relevant times, Defendant Wal-Mart Stores East, LP, was an Indiana Foreign Limited Partnership with a principal office located at 702 SW 8th Street, Bentonville, AR 72716 that owned, controlled, operated, and maintained a Wal-Mart Supercenter located at 2025 Merchant Mile, Columbus, IN, 47201, through its owners, managers, employees, agents and assigns.

3.      This lawsuit alleges a tort injury that occurred in Bartholomew County, Indiana, making this Court a proper and preferred venue to hear the action.

4.      On or about December 20, 2021, Steven Lowry was a business invitee at Defendant's store located at 2025 Merchant Mile, Columbus, IN, 47201.

5.      While shopping with his son in Defendant's store one of Defendant's employees negligently and carelessly hit Mr. Lowry with a stock cart.

6.      As a direct and proximate result of Defendant's negligence, Plaintiff sustained serious bodily injury.

7.      As a direct and proximate result of his injuries, Plaintiff incurred or expects to incur the following:  past and future medical bills and related expenses and past and future pain and suffering, both physical and mental.

WHEREFORE, Plaintiff demands judgment against Defendant, compensatory damages, as shown by evidence, for the following:  past and future medical bills and related expenses, and past and future pain and suffering, both physical and mental.

Plaintiff further demands **TRIAL BY JURY,** judgment interest (where allowed by law), costs and expenses (where allowed by law), and any other relief the Court believes just and proper.

Respectfully submitted,

*s/ Brandon W. Smith*
Brandon W. Smith   #28165-22
Morgan & Morgan
426 Bank Street, Suite 300
New Albany, IN 47150
(812) 670-3313 (t)
(812) 850-6875 (f)
brandonsmith@forthepeople.com
*Counsel for Plaintiff*

**JURY DEMAND**

Pursuant to TR 38(B), Plaintiff demands trial by jury on all triable issues.

*s/ Brandon W. Smith*
*Counsel for Plaintiff*

STATE OF INDIANA            )        BARTHOLOMEW CIRCUIT/ SUPERIOR COURT
                           ) SS:          03C01-2205-CT-002290
COUNTY OF BARTHOLOMEW )        CAUSE NO.:


STEVEN LOWRY                          )
                                     )
 Plaintiff,                          )
                                     )
v.                                   )
                                     )
WAL-MART STORES EAST, LP             )
                                     )
Defendant                            )
                                     )

### SUMMONS

THE STATE OF INDIANA TO:     C T Corporation System
                            344 North Senate Avenue
                            Indianapolis, IN 46204


You have been sued by the Plaintiff in the Court stated above.

The nature of the suit against you is stated in the complaint, which is attached to this summons.  It also states the demand, which the Plaintiff has made against you.

You or your attorney must answer the petition in writing and your written answer must be filed with the Court within twenty (20) days after you receive this summons or within twenty-three (23) days if you received this summons by mail, or a judgment will be entered against you for what the Plaintiff has demanded in the attached petition.

If you deny the demand, or if you have a claim against the Plaintiff, you must assert it in your written answer.

It is suggested that you immediately consult an attorney of your choice regarding this matter.

The following manner of service of summons is hereby designated:

CERTIFIED MAIL

Dated: _____, 2022
    5/6/2022

_____
CLERK, BARTHOLOMEW CIRCUIT/ SUPERIOR COURT

Page **1** of **1**

| | | |
|---|---|---|
| STATE OF INDIANA | ) | BARTHOLOMEW CIRCUIT COURT |
| | ) SS: | |
| COUNTY OF BARTHOLOMEW | ) | CAUSE NO. 03C01-2205-CT-002290 |

| | |
|---|---|
| STEVEN LOWRY | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| WAL-MART STORES EAST, LP | ) |
| | ) |
| | ) |
| Defendant | ) |

## **NOTICE OF PROOF OF SERVICE**

Plaintiff, by counsel, herby gives notice that a copy of the Appearance,

Summons, and Complaint were served via United States certified mail, return receipt

requested to the following registered agent with service perfected on the noted date:

CT Corporation System
344 North Senate Avenue
Indianapolis, IN 46204
**May 12, 2022**

The signed certified mail return receipt green card is attached to this Notice as

Exhibit A.

Respectfully submitted,

*s/ Brandon W. Smith*
Brandon W. Smith   #28165-22
Morgan & Morgan
426 Bank Street, Suite 300
New Albany, IN 47150
(812) 670-3313 (t)
(812) 850-6875 (f)
brandonsmith@forthepeople.com
*Counsel for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and accurate copy of the foregoing was filed through

the Court's electronic filing system on the 17th day of May 2022, and United States

regular mail to the following:

CT Corporation System
344 North Senate Avenue
Indianapolis, IN 46204
*Registered Agent for Defendant*

<u>*s/ Brandon W. Smith*</u>
*Counsel for Plaintiff*

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CT Corporation System
344 North Senak Ave.
Indianapolis, IN 46204

9590 9402 6921 1104 0428 39

2. Article Number (Transfer from service label)

7021 1970 0000 9988 5792

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Pat_    ☐ Agent   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Pat Imes    5/11

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Lowry Int. Pleadings    Domestic Return Receipt

Filed: 5/24/2022 2:03 PM
Bartholomew Circuit Court
Bartholomew County, Indiana

IN THE BARTHOLOMEW COUNTY CIRCUIT COURT

STATE OF INDIANA

| | | |
|---|---|---|
| STEVEN LOWRY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CAUSE NO.:   03C01-2205-CT-002290 |
| v. | ) | |
| | ) | |
| WALMART STORES EAST, LP., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## E-FILING APPEARANCE BY ATTORNEY IN CIVIL CASE

**Party Classification:**  Initiating _____   Responding _X_   Intervening _____

1.    The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member(s):

### WALMART STORES EAST, LP

2.    Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

| | |
|---|---|
| **Lesley A. Pfleging** | **Attorney #26857-49A** |
| **Asia L. Ellis** | **Attorney #36820-49** |
| LEWIS WAGNER, LLP | Phone:  (317)  237-0500 |
| 1411 Roosevelt Avenue, Suite 102 | Fax:   (317)  630-2790 |
| Indianapolis, IN  46202 | lpfleging@lewiswagner.com |
| | aellis@lewiswagner.com |

**IMPORTANT**:  Each attorney specified on this appearance:

(a)    certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

(b)    **acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney**; and

(c)    understands that he/she is solely responsible for keeping his/her Roll of

Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

Attorneys can review and update their Roll of Attorneys contact information on the Courts Portal at http://portal.courts.in.gov.

3.    There are other party members: Yes _____ No _X_ (If yes, list on continuation page.)

4.    *If first initiating party filing this case,* the Clerk is requested to assign the case the following Case Type under Administrative Rule 8(b)(3): ___N/A___

5.    I will accept service by fax at the above noted number: Yes _____ No _X_ Counsel would represent to the court that fax service is acceptable in emergency situations.

6.    This case involves support issues. Yes _____ No _X_ (If yes, supply social security numbers for all family members on continuation page.)

7.    There are related cases. Yes _____ No _X_ *(If yes, list* on continuation page.)

8.    This form has been served on all other parties. Certificate of Service is attached. Yes _X_ No _____

9.    Additional information required by local rule:

**LEWIS WAGNER, LLP**

By:    */s/Lesley A. Pfleging*_____
       LESLEY A. PFLEGING, #26857-49A
       ASIA L. ELLIS, #36820-49
       ***Counsel for Defendant***

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2022, a copy of the foregoing was served on the following parties electronically by using the Court's IEFS System and U.S. Postal Service, pre-paid delivery for those parties not yet registered:

Brandon W. Smith
MORGAN & MORGAN
426 Bank Street, Suite 300
New Albany, IN 47150
brandonsmith@forthepeople.com
***Counsel for Plaintiff***

By: */s/ Lesley A. Pfleging*
LESLEY A. PFLEGING

LEWIS WAGNER, LLP
1411 Roosevelt Avenue
Suite 102
Indianapolis, IN 46201
Telephone:    317-237-0500
Facsimile:    317-630-2790
lpfleging@lewiswagner.com
aellis@lewiswagner.com

IN THE BARTHOLOMEW COUNTY CIRCUIT COURT

STATE OF INDIANA

STEVEN LOWRY,                          )
                                       )
                    Plaintiff,         )
                                       )   CAUSE NO.:   03C01-2205-CT-002290
        v.                             )
                                       )
WALMART STORES EAST, LP.,              )
                                       )
                    Defendant.         )
                                       )
                                       )

## <u>JURY DEMAND</u>

Defendant, Walmart Stores East, LP., by counsel, pursuant to Trial Rule 38(B) of the

Indiana Rules of Trial Procedure, respectfully requests that this cause of action be tried by a jury.


**LEWIS WAGNER, LLP**


By:    */s/Lesley A. Pfleging*_____
       LESLEY A. PFLEGING, #26857-49A
       ASIA L. ELLIS, #36820-49
       ***Counsel for Defendant***

## <u>CERTIFICATE OF SERVICE</u>

   I hereby certify that on May 24, 2022, a copy of the foregoing was served on the following parties electronically by using the Court's IEFS System and U.S. Postal Service, pre-paid delivery for those parties not yet registered:

Brandon W. Smith
MORGAN & MORGAN
426 Bank Street, Suite 300
New Albany, IN 47150
brandonsmith@forthepeople.com
***Counsel for Plaintiff***

         By: */s/ Lesley A. Pfleging* _____
           LESLEY A. PFLEGING

LEWIS WAGNER, LLP
1411 Roosevelt Avenue
Suite 102
Indianapolis, IN 46201
Telephone: 317-237-0500
Facsimile: 317-630-2790
lpfleging@lewiswagner.com
aellis@lewiswagner.com

IN THE BARTHOLOMEW COUNTY CIRCUIT COURT

STATE OF INDIANA

| | | |
|---|---|---|
| STEVEN LOWRY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CAUSE NO.:   03C01-2205-CT-002290 |
| v. | ) | |
| | ) | |
| WALMART STORES EAST, LP., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF
TIME TO FILE RESPONSIVE PLEADING**

Defendant, Walmart Stores East, LP, by counsel, moves the Court for an enlargement of time of thirty (30) days in which to answer or otherwise respond to Plaintiff's Complaint for Damages, up to and including July 1, 2022, and in support thereof would show the Court as follows:

1.      That a responsive pleading is due on or about June 1, 2022 and said time has not expired.

2.      No prior enlargements of time have been requested.

3.      Undersigned counsel has only recently been retained and said additional time is necessary to enable counsel to confer with their client to review the facts and prepare an appropriate response.

WHEREFORE, Defendant, Walmart Stores East, LP., by counsel, prays for an additional thirty (30) days in which to answer or otherwise respond to Plaintiff's Complaint for Damages, through and including July 1, 2022, and for all other just and proper relief in the premises.

**LEWIS WAGNER, LLP**

By: _/s/Lesley A. Pfleging_____
 LESLEY A. PFLEGING, #26857-49A
 ASIA L. ELLIS, #36820-49
 ***Counsel for Defendant***

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2022, a copy of the foregoing was served on the following parties electronically by using the Court's IEFS System and U.S. Postal Service, pre-paid delivery for those parties not yet registered:

Brandon W. Smith
MORGAN & MORGAN
426 Bank Street, Suite 300
New Albany, IN 47150
brandonsmith@forthepeople.com
***Counsel for Plaintiff***

By: */s/ Lesley A. Pfleging*
     LESLEY A. PFLEGING

LEWIS WAGNER, LLP
1411 Roosevelt Avenue
Suite 102
Indianapolis, IN 46201
Telephone:    317-237-0500
Facsimile:    317-630-2790
lpfleging@lewiswagner.com
aellis@lewiswagner.com

3

IN THE BARTHOLOMEW COUNTY CIRCUIT COURT

STATE OF INDIANA

STEVEN LOWRY,                          )
                                       )
            Plaintiff,                 )
                                       )   CAUSE NO.:   03C01-2205-CT-002290
      v.                               )
                                       )
WALMART STORES EAST, LP.,              )
                                       )
            Defendant.                 )
                                       )
                                       )

## **ORDER**

Defendant, Walmart Stores East, LP, by counsel, files herein their Motion for Enlargement

of Time in which to respond to Plaintiff's Complaint for Damages and/or any discovery including

Request for Admissions that may have been filed with the Summons and Complaint.

And the Court being duly advised, now grants said Motion.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant, Walmart

Stores East, LP, is granted a period of time through and including July 1, 2022, in which to answer

or otherwise respond to Plaintiff's Complaint for Damages and/or any discovery including Request

for Admissions that may have been filed with the Summons and Complaint.

Dated: **May 24, 2022**            _____
                                   JUDGE, CIRCUIT COURT FOR
                                   BARTHOLOMEW COUNTY

Distribution:


Lesley A. Pfleging
Asia Ellis
LEWIS WAGNER, LLP
1411 Roosevelt Avenue
Suite 102
Indianapolis, IN 46201
lpfleging@lewiswagner.com
aellis@lewiswagner.com

Brandon W. Smith
MORGAN & MORGAN
426 Bank Street, Suite 300
New Albany, IN 47150
brandonsmith@forthepeople.com